**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JANE DELOVSKY,
                    Plaintiff(s),

vs.

WAL-MART STORES EAST, LP, and
JANE DOE,
                    Defendant(s).

CIVIL ACTION FILE

NO.  1:18-CV-207-ELR

**J U D G M E N T**

    This action having come before the court, Honorable Eleanor L. Ross, United

States District Judge, for consideration of Defendant's Motion for Summary Judgment,

and the court having granted said motion, it is

    **Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover

its costs of this action, and the action be, and the same hereby is, **dismissed**.

    Dated at Atlanta, Georgia, this 10th day of January, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Jill Ayers
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 10, 2020
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
            Deputy Clerk