NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT FROM ATLANTA NORTHERN DISTRICT COURT OF GEORGIA

JANE DELOVSKY

Plaintiff, Pro-Se

v.

WAL-MART STORES, INC and

JANE DOE

Defendants

Case NO: 1:18-CV-00207

Case Caption:

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 07 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## NOTICE OF APPEAL

I, Jane Delovsky, Plaintiff Pro-Se file this Notice of Appeal to the United States Court of Appeals for the 11th Circuit and appeal from the Order and the Final Judgment of Atlanta Northern District Court of Georgia located at 75 Ted Turner Dr NW #2211, Atlanta, GA 30303 entered in this case on January 10, 2020

Atlanta Northern District Court of Georgia Order (Doc.113) granted Defendant's Summary Judgment and closed the case. In same Order Court granted one more Defendants' Motion and five Plaintiff's Motion denied and few Plaintiffs' Motions Court did not answer. In Final Judgment (Doc.114) court awarded Defendant "to recover its costs of this action".

This 7 day of February, 2020

Respectfully submitted,

Jane Delovsky, Appellant ___Jane Delovsky___

Address: 2580 Raintree Drive Atlanta, GA 30345

TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT FROM ATLANTA NORTHERN DISTRICT COURT OF GEORGIA

JANE DELOVSKY

Plaintiff, Pro-Se                                   Case NO : 1:18-CV-00207

v.                                                  Case Caption:

WAL-MART STORES, INC and

JANE DOE

Defendants

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 07 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### CERTFICIATE OF SERVICE

This is to certify that on February 7, 2020, I served my NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT FROM ATLANTA NORTHERN DISTRICT COURT OF GEORGIA upon all counsel of record, by email and first class mail, postage pre-paid, to the following physical address:

Earnest Beaton, Esq.

3445 Peachtree Rd., N.E. Suite 500

Atlanta, GA 30326

EBeaton@mmatllaw.com

Jane Delovsky, Appellant _Jane Delovsky_

2580 Raintree Dr.

Atlanta, GA 30345

APPEAL RECEIPT SHEET

Case Number: __1:18-cv-207-ELR__

Date fee paid/IFP: __02/07/2020__
(over counter)

Date fee paid/IFP: _____
(check log)

Transcript Order form given to Atty/courier/Pro Se: _____